# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF ALABAMA
# NORTHERN DIVISION

| | |
|---|---|
| KENNETH BOLLING, | ) |
| Plaintiff, | ) ) ) |
| vs. | ) ) Case No. 2:19-CV-244 |
| CITY OF MONTGOMERY, | ) ) ) |
| Defendant. | ) |

## DEFENDANT'S WITNESS LIST

**COMES NOW** the Defendant City of Montgomery, and submits the following names of potential witnesses to be called in the trial of the above styled matter:

EXPECT TO CALL:

1. Kenneth Bolling, Plaintiff.

2. Chief Miford Jordan

3. Ronald Sams

4. J.L. Petrey

5. Matthew Manning

6. Thomas Hawkins

7. Carrie Dunnivan

8. City of Montgomery Corporate Representative
    a. City Employee Handbook
    b. Personnel Rules
    c. Employee benefits

MAY CALL:

9. Assistant Chief Stanley Cooper

10. Assistant Chief Ronnie Bozeman

11. Deputy Chief A.L. Wright

12. Lisa McKinnon

13. Ebony McKinnon

14. Keiona Bolling

15. All witnesses identified on Plaintiff's Witness List.

16. Any witnesses necessary for rebuttal.

17. Any witnesses necessary for impeachment.

18. Any witness necessary for authentication of evidence.

19. Any witnesses discovered hereafter.

20. The Defendant, reserves the right to amend this witness list if necessary.

Dated this the 30th day of April, 2020.

/s/Stacy Lott Bellinger
STACY LOTT BELLINGER (REE050)
ASB 3470 D63S

OF COUNSEL:
City of Montgomery
103 North Perry Street
Montgomery, Alabama 36104
Telephone: (334) 625-2050
Facsimile: (334) 625-2310
Email- sbellinger@montgomeryal.gov

## **CERTIFICATE OF SERVICE**

I hereby certify that on the 30th day of April, 2020, I electronically filed the foregoing with the Clerk of the court using the CM/ECF system which will send notification of such filing to the following parties or counsel:

K. David Sawyer, Esq.
Julian L. McPhillips, Jr.
McPhillips Shinbaum, LLP
516 S. Perry Street
Montgomery, Alabama  36104
kdsawyer64@outlook.com
jullianmcphillips@msg-lawfirm.com

                                              /s/ Stacy Lott Bellinger
                                              Of Counsel