UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| KENNETH BOLLING, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CASE NO. 2:19-cv-244-RAH-SRW |
| | ) | |
| CITY OF MONTGOMERY, | ) | |
| | ) | |
| Defendant. | ) | |

## **ORDER**

The conference, jury selection, and trial set to begin on July 12, 2021, are RESET

from Courtroom 2D to **Courtroom 2B** of the Frank M. Johnson, Jr. United States

Courthouse, One Church Street, Montgomery, Alabama.

DONE, on this the 8th day of July, 2021.

/s/ R. Austin Huffaker, Jr.
R. AUSTIN HUFFAKER, JR.
UNITED STATES DISTRICT JUDGE